■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MEBERT, Appellant. [659 NYS2d 1014] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 28, 1993 *(People v Mebert,* 194 AD2d 809), affirming a judgment of the County Court, Putnam County, rendered May 30, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., O'Brien, Sullivan and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MELENDEZ, Appellant. [659 NYS2d 1014] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 30, 1995 *(People v Melendez,* 220 AD2d 777), affirming a judgment of the Supreme Court, Queens County, rendered December 8, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Bracken, J. P., Santucci, Joy and Friedmann, JJ., concur.